

# FIELD, TROJAN, LONG & CLAYPOLE, P.C.
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

David G. Trojan
Randy J. Long
Clint A. Claypole
Terri K. Blakley
J. Brandon Harvey

David L. Field
(1916-2004)

P.O. Box 5676
Enid, OK 73702

www.nwoklaw.com
clint@nwoklaw.com

Tel: (580) 233-4625
Fax: (580) 233-8874

September 29, 2014

Murray E. Abowitz
Abowitz, Timberlake & Dahnke, PC
P.O. Box 1937
Oklahoma City, OK 73101
mea@abowitzlaw.com

Timothy S. Harmon
Shawna L. McCalip
Holden & Carr
15 East Fifth Street, Ste 3900
First Place
Tulsa, OK 74103
timharmon@holdenlitigation.com
shawnamccalip@holdenlitigation.com

        RE: *ZHN, LLC v. Randy Miller, LLC*; District Court for Western District; CIV-12-1289M

Dear Counsel:

  In response to Mr. Abowitz's letter of September 23, 2014 and his proposal to re-schedule Mr. Magid's deposition along with Mr. Lippard and Mr. Miller's, I am available on the following dates for the deposition of Mr. Magid to be followed by Mr. Lippard's and then by Mr. Miller's:

  November 3rd, 5th-7th, 11th, 13th, 14th, 17th-18th, 24th-25th; December 1st-5th, 8th – 10th and 17th. I would suggest that we select at least four of the earliest dates available on all parties' calendars to get these depositions going so that we will have the remainder of the year to schedule additional depositions that I anticipate will be needed.

  I will look forward to hearing from each of you so that we can nail down these dates as soon as possible.

         Sincerely yours,

         FIELD, TROJAN, LONG & CLAYPOLE, P.C.

         Randy J. Long

RJL: bnw
cc: Client
Enclosures as noted.