IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) ZHN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-12-1289-M |
| | ) | |
| (1) RANDY MILLER, LLC; | ) | |
| (2) RANDY L. MILLER; | ) | |
| (3) LIPPARD AUCTIONEERS, INC.; | ) | |
| (4) TROY LIPPARD; | ) | |
| (5) ANGIE LIPPARD; | ) | |
| (6) BRADY LIPPARD; | ) | |
| (7) JERRY WHITNEY; and | ) | |
| (8) UNITED COUNTRY REAL | ) | |
| ESTATE, INC., d/b/a UNITED | ) | |
| COUNTRY AUCTION SERVICES | ) | |
| AND UNITED COUNTRY | ) | |
| REAL ESTATE SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED BRIEF IN RESPONSE IN OPPOSITION TO DEFENDANTS RANDY MILLER LLC'S AND RANDY MILLER'S MOTION FOR SUMMARY JUDGMENT

Plaintiff ZHN, LLC, moves pursuant to LCvR7.1(e) for leave to file an oversized brief having forty-five (45) pages for its Response in Opposition to Defendants Randy Miller LLC's and Randy Miller's Motion for Summary Judgment [Doc. 135]. This request for fifteen (15) additional pages is made in order that all matters raised in the subject Motion are fully addressed and plaintiff's factual position adequately represented.

The Court is advised that opposing counsel objects to this request.

## Relief Requested

For the reasons set forth herein, Plaintiff respectfully requests that this Court grant Plaintiff leave to file an oversized brief having forty-five (45) pages for its Response in Opposition to Defendants Randy Miller LLC's and Randy Miller's Motion for Summary Judgment [Doc. 135].

/s/ Murray E. Abowitz
Murray E. Abowitz, OBA #00117
George W. Dahnke, OBA #2131
Abowitz, Timberlake & Dahnke, P.C.
Post Office Box 1937
Oklahoma City, Oklahoma  73101-1937
Telephone:  (405) 236-4645
Facsimile:   (405) 239-2843
E-mail:       mainmail@abowitzlaw.com
              mea@abowitzlaw.com
              gwd@abowitzlaw.com

**ATTORNEYS FOR PLAINTIFF, ZHN, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic filing to the following ECF registrants:

Randy J. Long          randy@nwoklaw.com
Clint A. Claypole      clint@nwoklaw.com

**Attorneys for Defendants, Randy Miller, LLC
and Randy L. Miller, Individually**

Timothy S. Harmon       timharmon@holdenlitigation.com
Shawna L. McCalip ShawnaMccalip@HoldenLitigation.com

**Attorneys for Defendants, Lippard Auctioneers, Inc.
Troy Lippard, Angie Lippard, Brady Lippard,
Jerry Whitney and United Country Real Estate, Inc.
d/b/a United Country**

                                  /s/ Murray E. Abowitz
                                  Murray E. Abowitz