**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ZHN, LLC, | ) |
|       Plaintiff, | ) ) ) |
| v. | )    Case No. CIV-12-1289-M ) |
| RANDY MILLER, LLC, RANDY L. MILLER; LIPPARD AUCTIONEERS, INC., TROY LIPPARD, ANGIE LIPPARD, BRADY LIPPARD, JERRY WHITNEY, and UNITED COUNTRY REAL ESTATE, INC., d/b/a UNITED COUNTRY AUCTION SERVICES AND UNITED COUNTRY REAL ESTATE SERVICES, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
|       Defendants. | ) |

## ORDER

Before the Court is Defendants Randy Miller, LLC and Randy L. Miller's (collectively the "Miller Defendants") Motion to Allow Additional Time to Depose Alex Magid ("Magid"), filed December 10, 2014. On December 16, 2014, plaintiff responded objecting to the Miller Defendants' motion. The Miller Defendants request an additional four hours to depose Magid. Plaintiff contends that an additional hour will be sufficient for the Miller Defendants to depose Magid.

Having carefully reviewed the parties' submissions, the Court finds that an additional two hours is a sufficient amount of time for the Miller Defendants to complete their deposition of Magid. Accordingly, the Court GRANTS Defendants Randy Miller, LLC and Randy L. Miller's Motion to Allow Additional Time to Depose Alex Magid [docket no. 144]. The Miller

Defendants should have an additional two hours to depose plaintiff's representative Alexander Magid.

**IT IS SO ORDERED this 23rd day of December, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE