**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) ZHN, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>(1) RANDY MILLER, LLC )<br>(2) RANDY L. MILLER, )<br>(3) LIPPARD AUCTIONEERS, INC., )<br>(4) TROY LIPPARD )<br>(5) ANGIE LIPPARD, )<br>(6) BRADY LIPPARD, and )<br>(7) JERRY WHITNEY )<br>(8) UNITED COUNTRY REAL )<br>    ESTATE, INC. d/b/a UNITED )<br>    COUNTRY AUCTION SERVICES )<br>    AND UNITED COUNTRY REAL )<br>    ESTATE SERVICES, )<br>)<br>Defendants. ) | Case No. CIV-12-1289-M |

**DEFENDANT LIPPARD AUCTIONEERS, INC., TROY LIPPARD,
ANGIE LIPPARD, BRADY LIPPARD, JERRY WHITNEY,
AND UNITED COUNTRY REAL ESTATE, INC.'S MOTION TO
ALLOW ADDITIONAL TIME TO DEPOSE ALEXANDER MAGID**

COME NOW Defendants Lippard Auctioneers, Inc., Troy Lippard, Angie Lippard, Brady Lippard, Jerry Whitney, and United Country Real Estate, Inc. (collectively, "Defendants"), by and through counsel of record, Holden & Carr, and pursuant to Fed. R. Civ. P. 30(d)(1) and 26(b)(2), respectfully move this Court to grant them leave and allow additional time to depose Alexander Magid, corporate representative for Plaintiff, ZHN, LLC. In support thereof, Defendants adopt and incorporate, as if fully set forth herein,

Defendants Randy Miller, LLC and Randy L. Miller's Motion to Allow Additional Time to Depose Alex Magid (Dkt. No. 144).

Due to the evasiveness of Mr. Magid's answers, as addressed in Dkt. No. 144, as well as his claims against eight (8) defendants, Defendants respectfully request an additional hour to depose Alexander Magid. Defendants request this time in order to adequately examine Mr. Magid about the allegations against each of them and in order to address any new issues raised by his additional deposition testimony pursuant to this Court's Order granting the Miller Defendants an additional two hours to depose Mr. Magid. (Dkt. No. 171).

Defendants respectfully request that this Court enter an order extending the time allowed to depose a party provided in Fed. R. Civ. P. 26(b)(2) pursuant to Fed. R. Civ. P. 30(d)(1) and grant them leave to depose Alexander Magid for an additional one (1) hour.

Respectfully submitted,

**HOLDEN & CARR**

_/s/ Shawna McCalip_
_____
Timothy S. Harmon, OBA #11333
Shawna L. McCalip OBA #31637
First Place
15 East 5th Street
Suite 3900
Tulsa, Oklahoma 74103
918.295.8888 (telephone)
918.295.8889 (facsimile)
ShawnaMccalip@HoldenLitigation.com
TimHarmon@HoldenLitigation.com

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic filing to the following ECF registrants:

    Murray E. Abowitz    mea@abowitzlaw.com

    George W. Dahnke    gwd@abowitzlaw.com

    Clint A. Claypole    Clint@nwoklaw.com

    Randy J. Long    Randy@nwoklaw.com

*s/ Shawna L. McCalip*_____
Shawna L. McCalip

221.071