IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ZHN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-12-1289-M |
| | ) | |
| RANDY MILLER, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBPOENAS DUCES TECUM

Notice is hereby given that Plaintiff, ZHN, LLC, is serving the Subpoenas Duces Tecum attached hereto as Exhibits 1-2 for the telephone records of Ronald Miller and Katherine Miller. Any objection to production of the documents requested should be made before January 17, 2015.

/s/ George W. Dahnke
Murray E. Abowitz, OBA No. 0117
George W. Dahnke, OBA No. 2131
ABOWITZ, TIMBERLAKE & DAHNKE, P.C.
105 North Hudson, 10th Floor
Oklahoma City, Oklahoma  73102
Telephone:  (405) 236-4645
Facsimile:  (405) 239-2843
E-mail:  mea@abowitzlaw.com
gwd@abowitzlaw.com
mainmail@abowitzlaw.com

**ATTORNEY FOR PLAINTIFF, ZHN, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of December 2014 I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic filing to the following ECF registrants:

Randy J. Long          randy@nwoklaw.com
Clint A. Claypole      clint@nwoklaw.com

**Attorneys for Defendants, Randy Miller, LLC**
**and Randy L. Miller, Individually**


Timothy S. Harmon      timharmon@holdenlitigation.com
Shawna L. McCalip      ShawnaMccalip@HoldenLitigation.com

**Attorneys for Defendants, Lippard Auctioneers, Inc.**
**Troy Lippard, Angie Lippard, Brady Lippard,**
**Jerry Whitney and United Country Real Estate, Inc.**
**d/b/a United Country**


                                        /s/ George W. Dahnke
                                        George W. Dahnke