**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ZHN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-12-1289-M |
| | ) |
| RANDY MILLER, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the Court is plaintiff's Motion for Leave to File Oversized Brief in Response in Opposition to Defendants Randy Miller LLC's and Randy Miller's Motion for Summary Judgment, filed December 22, 2014. No response has been filed. Upon review of plaintiff's motion, the Court GRANTS plaintiff's Motion for Leave to File Oversized Brief in Response in Opposition to Defendants Randy Miller LLC's and Randy Miller's Motion for Summary Judgment [docket no. 167]. Plaintiff is granted leave to file an oversized brief having forty-five (45) pages for its response to defendants Randy Miller, LLC and Randy Miller's Motion for Summary Judgment.

**IT IS SO ORDERED this 31st day of December, 2014.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE