# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ZHN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-12-1289-M |
| | ) |
| RANDY MILLER, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is defendants Lippard Auctioneers, Inc., Troy Lippard, Angie Lippard, Brady Lippard, Jerry Whitney, and United Country Real Estate, Inc.'s ("Defendants") Motion to Allow Additional Time to Depose Alexander Magid, filed December 29, 2014. Upon review of Defendants' motion, and noting the Court's December 23, 2014 Order granting defendants Randy Miller, LLC and Randy L. Miller an additional two hours to depose Mr. Magid, the Court GRANTS Defendants' Motion to Allow Additional Time to Depose Alexander Magid [docket no. 176]. Defendants shall have one (1) additional hour to depose plaintiff's representative Alexander Magid.

**IT IS SO ORDERED this 31st day of December, 2014.**

*[signature]*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE