Exhibit 7

Invoice Detail

| Invoice# | BidCard# | Name | BasePrice | BuyerPrem | Charges | Tax1 | Total |
|---|---|---|---:|---:|---:|---:|---:|
| 4251 | 194 | Sheen, Edward | 230,000.00 | 0.00 | 0.00 | 0.00 | 230,000.00 |
| 4255 | 195 | Mitchell, Eldon | 140,000.00 | 0.00 | 0.00 | 0.00 | 140,000.00 |
| 4253 | 196 | Lanie, Randy | 440,000.00 | 0.00 | 0.00 | 0.00 | 440,000.00 |
| 4238 | 198 | Matthew, Derick | 370,000.00 | 0.00 | 0.00 | 0.00 | 370,000.00 |
| 4593 | 198 | Matthew, Derick | 1,467,000.00 | 0.00 | 0.00 | 0.00 | 1,467,000.00 |
| 4263 | 213 | LeForce Land and Livestock, | 1,855,000.00 | 0.00 | 0.00 | 0.00 | 1,855,000.00 |
| 4245 | 215 | Mcclure, Keith | 175,000.00 | 0.00 | 0.00 | 0.00 | 175,000.00 |
| 4252 | 217 | Conrady, Thomas | 288,000.00 | 0.00 | 0.00 | 0.00 | 288,000.00 |
| 4239 | 219 | Williams, John | 167,500.00 | 0.00 | 0.00 | 0.00 | 167,500.00 |
| 4257 | 223 | Rempel Farms, Rempel, J Lee | 97,500.00 | 0.00 | 0.00 | 0.00 | 97,500.00 |
| 4242 | 229 | Lobmeyer, Mark | 80,000.00 | 0.00 | 0.00 | 0.00 | 80,000.00 |
| 4259 | 229 | Lobmeyer, Mark | 167,500.00 | 0.00 | 0.00 | 0.00 | 167,500.00 |
| 4244 | 230 | Volavka, Madge | 165,000.00 | 0.00 | 0.00 | 0.00 | 165,000.00 |
| 4254 | 425 | Regier, Rodney | 93,000.00 | 0.00 | 0.00 | 0.00 | 93,000.00 |
| 4246 | 427 | Zhn, Llc, Magid, Alexander | 1,892,500.00 | 0.00 | 0.00 | 0.00 | 1,892,500.00 |
| 4261 | 427 | Zhn, Llc, Magid, Alexander | 967,000.00 | 0.00 | 0.00 | 0.00 | 967,000.00 |
| 4240 | 435 | Miller, Ronald | 175,000.00 | 0.00 | 0.00 | 0.00 | 175,000.00 |
| 4250 | 438 | Wilson, Daniel | 256,000.00 | 0.00 | 0.00 | 0.00 | 256,000.00 |
| 4264 | 444 | Dye, Gary | 38,000.00 | 0.00 | 0.00 | 0.00 | 38,000.00 |
| 4266 | 444 | Dye, Gary | 774,300.00 | 0.00 | 0.00 | 0.00 | 774,300.00 |
| 4241 | 655 | Burlie, Eldon | 145,000.00 | 0.00 | 0.00 | 0.00 | 145,000.00 |
| 4262 | 831 | Rodenburg, John | 376,000.00 | 0.00 | 0.00 | 0.00 | 376,000.00 |
| 4267 | 1058 | Hare, Bill | 187,000.00 | 5,610.00 | 0.00 | 0.00 | 192,610.00 |

|  |  |  |  |  |  |
|---|---:|---:|---:|---:|---:|
| Purchases:: | 0.00 | | | | |
| Consignments: | 0.00 | | | | |
| Totals: | 10,546,300.00 | 5,610.00 | 0.00 | 0.00 | 10,551,910.00 |

| | |
|---|---:|
| NonTaxable 1 Sales: | 683,610.00 |
| Taxable 1 Sales: | 9,868,300.00 |
| **Total Sales:** | 10,551,910.00 |
| **Tax1:** | 0.00 |
| **Total Invoice:** | $10,551,910.00 |