# Exhibit 3:

# Appraisal Institute, Appraisal of Real Estate, Twelfth Edition

# The Appraisal of Real Estate

Twelfth Edition

...m the Appraisal Institute:

APPRAISAL INSTITUTE

875 North Michigan Avenue • Chicago, Illinois 60611-1980
www.appraisalinstitute.org

awings, photographs,
ural details and me-
n the body of the report

uld be reported and a
ject property should be
changes in tax rates
the tax assessment or tax
properties, particularly if

ch as office buildings,
rability study may be
into the overall market in
ibility study is usually
appraisal report. Such a

ry of space, construction

n or shrinkage)

ns
of the property's most
teria—legal permissibility,
pport), and maximum
ect property. Land use
rofitability of existing or

et
bases the value estimate of
in the report. The character
g section are dictated by the

y
nciples of highest and best
e highest and best use of the



site as though vacant in the level of detail appropriate to the assignment, the appraiser must explain the logic of the analysis of the highest and best use of the property as improved. A discussion of the economics of any alternative uses will lead to the appraiser's conclusions regarding whether the existing improvements should be retained, replaced, or removed. The appraiser may then suggest a possible course of action such as rehabilitation, improved maintenance, or better property management.

#### *Land Value*

In the land value section of an appraisal report, market data is presented along with an analysis of the data and reasoning that lead to the land value opinion. The factors that influence land value should be presented in a clear and precise manner. The narrative should lead the reader to the land value opinion.

#### *Approaches to Value*

An appraiser develops the approaches applicable to the assignment and derives indications of value. The application of each approach is described and the factual data, analysis, and reasoning leading to the value indication are presented in the report.

Many intended users are not familiar with the mechanics of the three approaches to value, so the appraiser may want to explain the procedures applied briefly. The extent of explanation required depends on the circumstances of the assignment. Simple statements that describe what is included in each of the three approaches (such as those provided in Figure 26.6) can help the reader better understand the report.

The three approaches are seldom completely independent. An appraisal is composed of a number of integrated, interrelated, and inseparable procedures that have a common objective: a convincing, reliable opinion of value.

**Figure 26.6** **Descriptions of the Approaches to Value**

The approaches to value could be described in an appraisal report as follows:

In the sales comparison approach, properties similar to the subject property that have been sold recently or for which listing prices or offers are known are compared to the subject. Data from generally comparable properties is used and comparisons are made to demonstrate a probable price at which the subject property would sell if offered on the market.

In the cost approach, an estimated reproduction or replacement cost of the building and land improvements as of the date of appraisal is developed (including an estimate of entrepreneurial profit or incentive), and an estimate of the losses in value that have taken place due to wear and tear, design and plan deficiencies, or neighborhood influences is subtracted. An estimate of the value of the land is then added to this depreciated building cost estimate. The total represents the value indicated by the cost approach.

In the income capitalization approach, the rental income of the property is calculated and deductions are made for vacancy and collection loss and expenses. The prospective net operating income of the property is then estimated. To support this estimate, operating statements for the subject property in previous years and for comparable properties are reviewed. An applicable capitalization method and appropriate capitalization rates are developed and used in computations that lead to an indication of value.

# CHAPTER 14 The Cost Approach

Like the sales comparison and income capitalization approaches, the cost approach to value is based on comparison. In the cost approach, the appraiser compares the cost to develop a new property or a substitute property with the same utility as the subject property. The estimate of development cost is adjusted for differences in the age, condition, and utility of the subject property to generate a value indication by the cost approach. The cost approach reflects market thinking because market participants relate value to cost. Buyers tend to judge the value of an existing structure not only by considering the prices and rents of similar buildings but also by comparing the cost to create a new building with optimal physical condition and functional utility. Moreover, buyers adjust the prices they are willing to pay by estimating the costs to bring an existing structure up to the physical condition and functional utility they desire.

In applying the cost approach, an appraiser estimates the market's perception of the difference between the property improvements being appraised and a newly constructed building with optimal utility. Generally, the cost approach supports two methods for estimating cost and three methods of estimating depreciation. In its classic form, the cost approach produces an opinion of value of the fee simple interest in the real estate at stabilized occupancy, so the total cost must include any costs needed to achieve typical stabilized occupancy. Also, if the purpose of the appraisal is to estimate the value of an interest other than fee simple, an adjustment may be required. For example, a property rights adjustment could be made as a lump-sum adjustment at the end of the cost approach or in the final reconciliation of the approaches to value.

In applying the cost approach, an appraiser must distinguish between two cost bases, which should be used consistently throughout. Typically one of the following cost bases is applied:

**cost approach.** A set of procedures through which a value indication is derived for the fee simple interest in a property by estimating the current cost to construct a reproduction of, or replacement for, the existing structure plus any profit or incentive; deducting depreciation from the total cost; and adding the estimated land value. Other adjustments may then be made to the indicated fee simple value of the subject property to reflect the value of the property interest being appraised.

In the cost approach, a property is valued based on a comparison with the cost to build a new or substitute property. The cost estimate is adjusted for the depreciation evident in the existing property.

CHAPTER 17

# The Sales Comparison Approach

In the sales comparison approach, the appraiser develops an opinion of value by analyzing similar properties and comparing these properties with the subject property. The comparative techniques of analysis applied in the sales comparison approach are fundamental to the valuation process. Estimates of market rent, expenses, land value, cost, depreciation, and other value parameters may be derived in the other approaches to value using similar comparative techniques. Similarly, conclusions derived in the other approaches are often analyzed in the sales comparison approach to estimate the adjustments to be made to the sale prices of comparable properties.

In the sales comparison approach, an opinion of market value is developed by comparing properties similar to the subject property that have recently sold, are listed for sale, or are under contract (i.e., for which purchase offers and a deposit have been recently submitted). A major premise of the sales comparison approach is that the market value of a property is related to the prices of comparable, competitive properties.

Comparative analysis of properties and transactions focuses on similarities and differences that affect value, which may include variations in the following:

- Property rights appraised
- The motivations of buyers and sellers
- Financing terms
- Market conditions at the time of sale
- Size
- Location
- Physical features
- Economic characteristics, if the properties produce income

> **sales comparison approach:** A set of procedures in which a value indication is derived by comparing the property being appraised to similar properties that have been sold recently, applying appropriate units of comparison, and making adjustments to the sale prices of the comparables based on the elements of comparison. The sales comparison approach may be used to value improved properties, vacant land, or land being considered as though vacant.

Elements of comparison are tested against market evidence to estimate which elements are sensitive to change and how they affect value.

This chapter focuses on the theory and concepts underlying the sales comparison approach. Chapters 18 and 19

CHAPTER 20

# The Income Capitalization Approach

Income-producing real estate is typically purchased as an investment, and from an investor's point of view earning power is the critical element affecting property value. One basic investment premise holds that the higher the earnings, the higher the value, provided the amount of risk remains constant. An investor who purchases income-producing real estate is essentially trading present dollars for the expectation of receiving future dollars. The income capitalization approach to value consists of methods, techniques, and mathematical procedures that an appraiser uses to analyze a property's capacity to generate benefits (i.e., usually the monetary benefits of income and reversion) and convert these benefits into an indication of present value.

The analysis of cost and sales data is often an integral part of the income capitalization approach, and capitalization techniques are frequently employed in the cost and sales comparison approaches. Capitalization techniques are commonly used to analyze and adjust sales data in the sales comparison approach; in the cost approach, obsolescence is often measured by capitalizing an estimated income loss. The income capitalization approach is described here as part of the systematic valuation process, but the various methods, techniques, and procedures used in the approach are general-purpose analytical tools applicable in the valuation and evaluation of income-producing properties.

This chapter provides a broad overview of the income capitalization approach and discusses the rationale and methods behind it. Chapters 21 through 24 continue this discussion with detailed explanations of the specific methods, techniques, and procedures used to project and capitalize future benefits.

> **In the income capitalization approach,** an appraiser analyzes a property's capacity to generate future benefits and capitalizes the income into an indication of present value. The principle of anticipation is fundamental to the approach. Techniques and procedures from this approach are used to analyze comparable sales data and to measure obsolescence in the cost approach.

## Relationship to Appraisal Principles

### Anticipation and Change

Anticipation is fundamental to the income capitalization approach. All income capitalization methods, techniques, and procedures attempt to consider anticipated future benefits and estimate their present value. This may involve either forecasting the anticipated future income or estimating a capitalization rate that implicitly reflects the anticipated pattern of change in income over time.

al analysis of the market and
lations usually limits the
operty uses to a few logical
example, market analysis may
here is demand for a large
g in a community. If the
surrounded by modern,
residential developments,
d probably not be a logical
housing development for the
, if most residents of the area
and might not meet the
f whether a use is reasonably
is of highest and best use as
roperty. Reasonable probabil-
usion for the use or uses that

ning the market analysis that
use. Although a given site
e, there may be a number of
. Therefore, the appraiser must
re that existing and potential
ognized.
etition among various uses for
ailable sites along a commercial
of community retail uses,
y bid against one another for
alue of the sites will reflect this
ial uses will price their goods
prices dictated by the market.
central business districts
and best use of land in the CBD
includes a mix of uses such as
or condominium use. At times
) site does not indicate a
; of uses that is supported by
ensity of development. Although
nining highest and best use, the
ral, based on commonly ac-
ta inputs. Often the appraiser
ich may involve extensive
ters, and cost estimators.



## Highest and Best Use of Land as though Vacant

The value of land is generally determined as though vacant.[2] When land is already vacant, the reasoning is obvious—an appraiser values the land as it exists. When land is not vacant, however, its contribution to the value of the property as improved depends on how it can be put to use. Therefore, the highest and best use of land as though vacant must be considered in relation to its existing use and all potential uses. In general, the conclusion of highest and best use of land as though vacant is required except in circumstances where improved properties have structures with significant remaining economic lives and little or no indication of market demand for a change in use.

The possibility of removing existing improvements underlies the concept of highest and best use of land as though vacant, even when improvements are present. Any building can be demolished; the fact that most buildings in a given area are not does not negate the possibility. Land values are not penalized so long as the existing buildings have economic value. If the buildings no longer have value, demolition is appropriate. For example, consider a valuable commercial site in an excellent location that is currently improved with a service station that is free of any negative environmental features.[3] A purchaser who wants to build a high-rise office building on the site may pay a price for the property that includes no value, or even negative value, for the existing improvements. The potential use, not the existing use, usually governs the price that will be paid for land if that use is economically feasible.

> **Highest and best use of the land or site as though vacant** may be the existing use, a projected development, a subdivision, or an assemblage; alternatively, it may involve holding the land as an investment.

2. Standards Rule 1-3(b) directs an appraiser to "develop an opinion of the highest and best use of the real estate." The comment to this rule explains, "An appraiser must analyze the relevant legal, physical, and economic factors to the extent necessary to support the appraiser's highest and best use conclusion(s). The appraiser must recognize that land is appraised as though vacant and available for development to its highest and best use, and that the appraisal of improvements is based on their actual contribution to the site."
   For an improved property, the valuation of the land as though vacant is a necessary procedure within the appraisal process, but it is one that is performed under a hypothetical condition, i.e., that the subject site is vacant. In essence, the fundamental concept of highest and best use applies to land alone. By considering land alone, the appraiser can then determine the contributory value, if any, of any improvements. Seen in this light, the highest and best use of property as improved is a special case that requires market evidence to support the assumption that the property can be appraised with land and improvements combined.
3. When the highest and best use of the land as though vacant is different from that of the property as currently improved, demolition may be considered as one alternative. At this time the costs of demolition are addressed as well as the costs of curing any environmental problems—e.g., the removal of underground storage tanks, the abatement of asbestos, the replacement of transformers containing PCBs.

iparison Approach
sis in which two or more
. In reconciliation, the
nalyses that resulted in
are then resolved into a
*point estimate.* It is
nd weaknesses of each
l appropriateness of the
pplied. It is also good
ison for which no
nents did not require any
:conciliation. The
: appraiser arrived at the

may involve two levels
derivation of a value
omparables expressed in
of analysis is required
tions expressed in
lications expressed in
st be reconciled into a
comparison approach.
:ations are derived using
e valuation process,
ed in the definition of the
on of value is discussed in

al Institute, 1996.
ie Sales Comparison

*raisal Journal* (April 1995).

# CHAPTER 18 Adjustment and Analytical Techniques in the Sales Comparison Approach

*Comparative analysis* is the general term used to identify the process in which quantitative and/or qualitative techniques are applied to derive a value indication in the sales comparison approach. The two types of techniques may be used separately or in combination.

The adjustments derived in comparative analysis and applied to the sale prices of the comparables may be expressed as percentages, as dollar amounts, or in descriptive terms that clearly convey the magnitude of the difference between the comparable and the subject in terms of each element of comparison. The process involves the following general steps:

1. Identify the elements of comparison that affect the value of the type of property being appraised.
2. Compare the attributes of each comparable with those of the subject property and then measure the difference in each element of comparison between the comparable and the subject. The goal is to justify and support the reasonableness of the adjustment.
3. Derive a net adjustment for each comparable and apply it to the sale price or unit price of the comparable to arrive at a range of adjusted sale or unit prices for the subject property.
4. Reconcile the range of adjusted sale or unit prices to the subject property, using qualitative analysis if appropriate.

When quantitative adjustments are being applied, the appraiser considers the array of value indications obtained in the third step to be the range of probable value indications for the subject property. The appraiser then determines the most probable position of the subject within this range of indications and reaches a final opinion of value. In this way the comparables most similar to the subject are given the greatest weight.

Applying qualitative analysis, the appraiser will normally divide the adjusted comparables into two groups: those that are qualitatively superior to the subject and those that are qualitatively inferior. The adjusted prices of these two groups will bracket the value of the subject by indicating a probable range of values. By considering those comparables most similar

comparative analysis: The process by which a value indication is derived in the sales comparison approach. Comparative analysis may employ quantitative or qualitative techniques, either separately or in combination.