Expenditures incurred while working for ZHN:

1. Calculating land values in Grant County, OK pertaining to those purchases by ZHN. 2.75 hours.

2. Traveled to OK City on August 28 for a meeting with Mr. Abowitz and Mr. Magid to discuss possible litigation proceedings.

   Mileage: 286 miles RT from Anthony, KS. (I hope this is the same as the previous meeting).
   Time: 6 hours travel; 3 hours in meeting.
3. Calculating and incorporating the data from Tracts 17, 18, 19 and 20 into a table. 1 hour.


EXHIBIT 155 Claflin 1.21.15