IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ZHN, LLC, | ) |
|       Plaintiff, | ) |
| v. | )   Case No. CIV-12-1289-M |
| LIPPARD AUCTIONEERS, INC., et al., | ) |
|       Defendants. | ) |

## ORDER

Before the Court is Defendants, Lippard Auctioneers, Inc., Troy Lippard, Angie Lippard, Brady Lippard, Jerry Whitney, and United Country Real Estate, Inc.'s (collectively, the "Lippard Defendants") Motion for Continuance of Trial Date, filed March 9, 2015. Plaintiff objects to this motion.

The Lippard Defendants move this Court to continue the trial in this matter until the Court's June 2015 trial docket or later. Upon consideration of defendants' motion, plaintiff's objection, and the Court's upcoming trial schedule, the Court DENIES the Lippard Defendants' Motion for Continuance of Trial Date [docket no. 379].

**IT IS SO ORDERED this 10th day of March, 2015.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE